1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TERRENCE VAIL,                              No.  2:16-cv-2673 JAM DB PS

12                    Plaintiff,

13          v.                                    ORDER

14    CITY OF SACRAMENTO,

15                    Defendant.

16

17          Plaintiff is proceeding in this action pro se.  This matter was, therefore, referred to the

18    undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On February

19    27, 2017, the court issued an order setting this matter for a Status (Pretrial Scheduling)

20    Conference before the undersigned on April 7, 2017.  (ECF No. 5.)  Pursuant to that order,

21    plaintiff was to file a status report on or before March 24, 2017.  Plaintiff, however, has failed to

22    file the required status report.

23          The failure of a party to comply with any order of the court "may be grounds for

24    imposition by the Court of any and all sanctions authorized by statute or Rule or within the

25    inherent power of the Court."  Local Rule 110.  Any individual representing himself or herself

26    without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all

27    applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be

28    grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

                                                      1

In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final opportunity to file the required status report.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1];

2.  The April 7, 2017 Status (Pretrial Scheduling) Conference is continued to **Friday, May 26, 2017, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3.  On or before **May 12, 2017**, plaintiff shall file a status report in compliance with the February 27, 2017 order[2]; and

4.  Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated:  April 3, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/vail2673.osc.cont

_____

[1]  Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

[2]  Defendant may, but is not required to, file an updated status report on or before May 19, 2017.