UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE VAIL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SACRAMENTO,<br><br>　　　　　Defendant. | No. 2:16-cv-2673 DB PS<br><br><br>ORDER |

　　　　This matter is set for a Status (Pretrial Scheduling) Conference on July 7, 2017.[1] (ECF No. 14.) However, on June 20, 2017, defendant filed a motion to dismiss. (ECF No. 16.) That motion is noticed for hearing before the undersigned on July 28, 2017. It, therefore, appears that this action is not ready for scheduling.

　　　　Accordingly, IT IS HEREBY ORDERED that the July 7, 2017 Status (Pretrial Scheduling) Conference is vacated.

Dated: June 22, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 12.)

1