UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE VAIL,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SACRAMENTO,<br><br>  Defendant. | No. 2:16-cv-2673 DB PS<br><br><br>ORDER |

On November 21, 2018, defendant filed a motion to dismiss.[1] (ECF No. 37.) On December 4, 2018, the hearing of defendant's motion was continued to January 11, 2019. (ECF No. 39.) On December 28, 2018, plaintiff filed a request for a continuation of the January 11, 2019 hearing. (ECF No. 41.) The request asserts that plaintiff "has retained Attorney Jessica Anne Warne," "request[s] to sub in Ms. Warne" as plaintiff's counsel, and asks for "a 1 or 2-month continuance[.]" (Id. at 1.)

Plaintiff is advised that pursuant to Local Rule 182(g), substitution occurs when "[a]n attorney . . . has appeared in an action" and seeks to "substitute another attorney and thereby withdraw from the action[.]" The proposed substitution must "set forth the full name and address of the new individual attorney and shall be signed by the withdrawing attorney, the new attorney,

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 12.)

1

and the client." Here, plaintiff's filing does not provide the address of attorney Warne nor is the filing signed by attorney Warne. And attorney Warne has yet to appear in this action.

Nonetheless, given plaintiff's representations and pro se status, plaintiff's request will be granted. Plaintiff is cautioned that no further extensions of time will be granted for this purpose absent a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 28, 2018 request for a continuation (ECF No. 41) is granted;

2. The January 11, 2018 hearing of defendant's motion to dismiss (ECF No. 37) is continued to **Friday, February 15, 2019, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. Plaintiff shall file an opposition or statement of non-opposition to defendant's motion to dismiss on or before **February 1, 2019**; and

4. Plaintiff is cautioned that the failure to timely comply with this order may result in the dismissal of this action.

Dated: January 7, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/vail2673.cont.hrg.ord

2