UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE VAIL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SACRAMENTO,<br><br>    Defendant. | No. 2:16-cv-2673 DB PS<br><br><br><br>ORDER |

On January 14, 2019, and February 19, 2019, orders served on plaintiff were returned by the U.S. Postal Service as undeliverable.[1] Pursuant to Local Rule 183(b), a pro se party must "keep the Court and opposing parties advised as to his or her current address." If mail is returned by the U.S. Postal Service and a party fails to notify the Court within 63 days of their current address, "the Court may dismiss the action without prejudice for failure to prosecute." (Id.) More than 63 days have passed since plaintiff's mail was returned. Plaintiff, however, will be given a final opportunity to provide a current address.

////

////

////

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (ECF No. 12.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, plaintiff provide the court with a current mailing address; and

2. Plaintiff is cautioned that the failure to comply with this order in a timely manner may result in the dismissal of this action.

Dated: March 29, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/vail2673.osc.ord

2