UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE VAIL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SACRAMENTO,<br><br>    Defendant. | No. 2:16-cv-2673 JAM DB PS<br><br>ORDER |

Plaintiff Terrence Vail is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On August 29, 2019, plaintiff filed a motion for declarative judgment. (ECF No. 61.) That motion is noticed for hearing before the undersigned on September 27, 2019.

However, on August 1, 2019, the undersigned issued findings and recommendations, recommending that the amended complaint's claims arising under federal law be dismissed without leave to amend, the court decline to exercise supplemental jurisdiction over the amended complaint's state law claims, and that this action be closed. (ECF No. 56.) Those findings and recommendations are pending before the assigned District Judge. Plaintiff's motion, therefore, will be denied pending resolution of the August 1, 2019 findings and recommendations.

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 29, 2019 motion for declarative judgment (ECF No. 61) is denied without prejudice to renewal and the September 27, 2019 hearing is vacated.[1]

Dated: September 24, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro set/vail2673.den.moot.ord

---

[1] In the event the August 1, 2019 findings and recommendations are not adopted in full, plaintiff may re-notice the motion for declarative judgment for hearing before the undersigned.