UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE VAIL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SACRAMENTO,<br><br>　　　　Defendant. | No. 2:16-cv-2673 JAM DB PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 1, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 1, 2019 (ECF No. 56) are adopted in full;

2. Defendant's November 21, 2018 motion to dismiss (ECF No. 37), is granted in part;

3. The June 21, 2018 amended complaint's claims arising under federal law are dismissed without leave to amend;

4. The court declines to exercise supplemental jurisdiction over the amended complaint's state law claims;

5. The amended complaint's state law claims are dismissed without prejudice;

6. Plaintiff's May 28, 2019 motion for leave to amend (ECF No. 49) is denied;

7. Plaintiff's May 28, 2019 motion for default judgment (ECF No. 50) is denied;

8. Plaintiff's July 15, 2019 motion for default judgment (ECF No. 54) is denied; and

9. This action is closed.

DATED: October 7, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE